John K. CASTLE, Leonard M. Harlan, Donald C. Carter, Double S & M Partnership, Grace & Green Arbitrage Partners, Hudson Valley Partners, L.P., Dan W. Lufkin, MCI Two Investment Limited Partnership, Robert Marston, MCD Merger Arbitrage Fund, Ltd., L.T. Foster, Northern Trust Co., Trust # 2–67917 (Kate T. Foster Trust FBO), R.C. Foster, Northern Trust Co., Trust # 2–67918 (Kate T. Foster Trust FBO), J.R. Foster, Northern Trust Co., Trust # 2–67919 (Kate S. Thompson Trust FBO), Public Service Resources, Society Bank & Trust–Trustee, Zane Tankel Partners, Robert V. Dolan, M.D., Leo W. Kwan, M.D. Pension and Profit Sharing Trusts, Robert B. Lyons, Robert Margolis, Fosven Associates Partnership, Stanley E. Roberts, M.D., Sanwa Bank of California, Trustee, Yorba Linda Medical Group FBO Russell E. Ewing, Castle Harlan, Inc., and Cenwick Fund, Plaintiffs–Cross–Appellants,

and

Federal Deposit Insurance Corporation, Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellant.

Nos. 01–5047, 01–5050.

United States Court of Appeals,
Federal Circuit.

March 6, 2003.

Rehearing En Banc Denied May 1, 2003.

Before LOURIE, RADER, and
GAJARSA, Circuit Judges.

ON MOTION

*ORDER*

Upon consideration of the joint motion of defendant-appellant, the United States, and plaintiffs-cross appellants, John K. Castle, et al.,

IT IS ORDERED THAT:

(1) The petition for rehearing en banc that Cross–Appellants submitted on October 17, 2002, be deemed timely filed as of that date nunc pro tunc;

(2) The corrected petition that Cross–Appellants requested leave to file on October 21, 2002, be filed and substituted for the petition filed on October 17, 2002;

(3) Cross–Appellants' corrected petition for rehearing en banc will be circulated to the members of the Merits Panel and to the active Judges of the Court for consideration in accordance with the Court's normal procedures;

(4) The mandates issued on October 18, 2002 are recalled, and these appeals are hereby reinstated.